IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SALVADOR RAMERIZ and MIGUEL ANGEL CHAVEZ,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT RAMIREZ'S MOTION FOR INDIVIDUALIZED VOIR DIRE BY COUNSEL<br><br>Case No. 2:09-CR-784 TS |

Defendant Ramirez moves for individualized voir dire by counsel rather than the Court. Having carefully considered Defendant's arguments, the Court finds that the Court "will examine the jury panel on voir dire and will permit suggestions from counsel for further examination" as set forth in DUCivR 47-1 (c), made applicable to this criminal case by DUCrimR 24-1(a). It is therefore

ORDERED that Defendant Ramirez's Motion for Individualized Voir Dire by Counsel (Docket No. 250) is DENIED.

DATED   November 12, 2010.

BY THE COURT:

_____
TED STEWART
United States District Judge